

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

April 4, 2024

2023-1027 - CQV Co., Ltd. v. Merck Patent GmbH

# NOTICE OF NON-COMPLIANCE

The Motion for leave to Appear and Motion for Leave to Withdraw and Substitute submitted by CQV Co., Ltd. are not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The motions do not contain a Certificate of Interest. Fed. Cir. R. 47.4(b).

- The motions do not include a certificate of compliance with the word/line count. The certificate of compliance must state the exact word count or line count.  Fed. R. App. P. 32(g)(1) Refer to the Practice Notes to Rule 32 (Certificate of Compliance).

*Clerk's Note: When correcting, the request to withdraw, appear, and substitute should be filed as one motion as opposed to two separate filings. The entry of appearance for Nicholas Geiger should also be appended to that motion.*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: M. Hull, Deputy Clerk